**No. 49063.**—Protests 14243–K, etc., of V. W. Davis (Duluth).

Opinion by Walker, J. In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co., Ltd.* v. *United States* (5 Cust. Ct. 161,

C. D. 391) the protests claiming that no addition should have been made for planing, tonguing, and/or grooving were sustained.